IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| EDWIN RODRIGUEZ ACUNA, | ) | Case No. 4:26-cv-00279-SMR-HCA |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| MARKWAYNE MULLIN, in his official | ) | |
| capacity as Secretary of United States | ) | |
| Department of Homeland Security, TODD | ) | |
| BLANCHE, in his official capacity as Acting | ) | |
| United States Attorney General, DAVID | ) | |
| VENTURELLA, in his official capacity as | ) | |
| Acting Director of United States | ) | |
| Immigration and Customs Enforcement, | ) | |
| DAVID EASTERWOOD, in his official | ) | |
| capacity as Director of the St. Paul ICE Field | ) | |
| Office, and KEVIN SCHNEIDER, in his | ) | |
| official capacity as Polk County Sheriff, | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner Edwin Rodriguez Acuna has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. [ECF No. 1]. He has also moved for an order to show cause, for service by the Clerk, and to bar his transfer outside the District. [ECF No. 2]. Having reviewed the filings and recognizing the expedited nature of habeas proceedings, the Court ORDERS as follows:

1. No later than **July 17, 2026**, Respondents shall answer the Petition. The answer shall state the true cause and lawful duration of Petitioner's confinement and show why the writ should not issue.

2. The answer shall include:

   a. Any affidavits and exhibits needed to show that Petitioner's detention is lawful and of proper duration, addressed to the issues the Petition raises;

   b. Respondents' position on whether an evidentiary hearing is warranted; and

c. Whether Petitioner was arrested on a warrant and, if so, a copy of it.

3.  Petitioner may reply to the answer no later than **July 21, 2026**.  The Court may rule before then if the Petition plainly entitles Petitioner to relief.  Petitioner's reply shall state his position on whether an evidentiary hearing is warranted.

4.  The Court will resolve the Petition on the written submissions unless it determines that a hearing would aid its decision, in which case it will set one by further order.

5.  The Clerk shall serve a copy of the Petition and this Order on Respondents and on the United States Attorney for the Southern District of Iowa.

6.  Respondents are ENJOINED from moving Petitioner outside the Southern District of Iowa until the Court orders otherwise.  Keeping Petitioner within the District allows him to consult with counsel while the Court weighs the Petition and guards against any loss of jurisdiction should Petitioner be removed.

7.  The parties are directed to notify the Court at once of any change in Petitioner's custodial status while this matter remains pending.

IT IS SO ORDERED.

Dated this 10th day of July, 2026.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT